IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3096 |
| | ) | |
| V. | ) | |
| | ) | MEMORANDUM AND ORDER |
| BRUCE STANLEY WOOTEN, | ) | |
| | ) | |
| Defendant. | ) | |

Due to a medical issue, defendant's appointed counsel, John Aman, cannot represent the defendant at this time.

Accordingly,

IT IS ORDERED:

1) The Federal Public Defender shall forthwith provide the court with a draft appointment order (CJA Form 20) bearing the name and other identifying information of a CJA Panel attorney identified to represent the defendant herein in accordance with the Criminal Justice Act Plan for this district.

2) Upon appointment, new defense counsel shall promptly enter his or her appearance, and shall promptly forward a copy of this memorandum and order to the defendant.

DATED this 9th day of February, 2010.

BY THE COURT:

s/ *Cheryl R. Zwart*
United States Magistrate Judge